# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI ex rel., ERIC S. SCHMITT, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. ) ) |
| SAM PAGE, et al., | ) ) ) ) |
| Defendants. | ) |

## CONSENT TO NOTICE OF REMOVAL FROM THE CITY OF ST. LOUIS

City of St. Louis Mayor Tishaura Jones, Acting Director of the Department of Health for the City of St. Louis Fredrick Echols, and the Department of Health for the City of St. Louis (collectively, the "City of St. Louis") hereby consent to the removal of this action, filed in the Circuit Court of St. Louis County, Missouri, and titled *State of Missouri ex rel. Eric S. Schmitt v. Sam Page, et al.*, Case No. 21SL-CC03334, to the United States District Court of the Eastern District of Missouri.

By consenting to the removal of this action to this Court, the City of St. Louis does not waive, but instead expressly preserves, any and all defenses, including but not limited to improper venue, improper joinder, lack of jurisdiction, and the doctrine of *forum non conveniens*.

Dated: July 30, 2021

**Exhibit 2**

Respectfully submitted,

MATT MOAK, CITY COUNSELOR

/s/Robert H. Dierker

Michael A. Garvin, #39817 (MO)
Robert H. Dierker, #23671(MO)
1200 Market Street, Room 314
St. Louis, MO 63103
Phone: (314) 622-3361
Fax: (314) 622-4956
garvinm@stlouis-mo.gov
dierkerr@stlouis-mo.gov
314-622-3361

Attorneys for City of St. Louis Defendants