UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel.<br>ERIC S. SCHMITT,<br><br>   *Plaintiff*,<br><br>v.<br><br>SAM PAGE, et al.,<br><br>   *Defendants*. | )<br>)<br>)<br>)<br>) Case No. 4:21-cv-948<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

COMES NOW Jeff P. Johnson, and hereby enters his appearance on behalf of Plaintiff.

          Respectfully submitted,

          **ERIC S. SCHMITT**
          Missouri Attorney General

    By: */s/ Jeff P. Johnson*
       Jeff P. Johnson, DC1029291
       815 Olive Street, Suite 200
       St. Louis, MO  63101
       Telephone: (314) 340-7366
       Facsimile: (573) 751-0774
       Jeff.Johnson@ago.mo.gov

       *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2021, the foregoing was filed with the Court using the CM/ECF system, which will send notice to all counsel of record.

/s/ Jeff P. Johnson
Counsel for Plaintiff
